# EXHIBIT A

## JUDGMENT

**GEORGIA, RICHMOND COUNTY**

The within case being a (Consent, Default, Evidence Judgment) I find for the Plaintiff the sum of $_____

as principal, $_____ as interest, $_____ as attorney's fees and $_____ court costs.

**WHEREUPON, IT IS ORDERED AND ADJUDGED** that the Plaintiff _____

do have and recover of the Defendant(s) _____ the sum of

$_____ as principal, $_____ as interest; together with future interest at the rate of _____

per annum, $_____ as attorney's fees, and $_____ costs to be taxed by the Clerk.

This _____ day of _____, _____.

_____
Judge, Magistrate Court, Richmond County, Georgia

---

CASE NUMBER **CFD 43**

MAGISTRATE COURT OF RICHMOND COUNTY, STATE OF GEORGIA

COMPLAINT AND SUMMONS OF SUIT

Michael A. Conda
2724 Summit Ridge Rd
Evans, GA 30809

vs

Convergent Outsourcing
1040 Stevens Creek Rd
Augusta, GA 30907

Principal _____
Cost _____
This _____ day of _____
FILED IN OFFICE  JUL 17 2019

*[signature]*
Deputy Clerk of the Magistrate Court
Richmond County, Georgia

---

**Georgia, Richmond County**

I have this day served the within Complaint and Summons upon the Defendant **Convergent Outsourcing**

By delivering a true copy of the same;

- (A) to the Defendant personally
- (B) to a person sui juris residing at the Defendant's dwelling, to wit: _____
  *(name, age, relationship to Defendant)*
- (C) to **Joseph Peck** who is **Vice President** of the Defendant's Corporation;
  *(Title)*

At **1040 Stevens Creek Rd** Richmond County, Georgia at **3:45** am/**pm** on

The **24** day of **July**, **2019**.

*D. Porter*
Deputy Marshal



RECEIVED JUL 17 2019

FAXED JUL 17 2019

## WHAT TO DO WHEN YOU ARE SUED IN MAGISTRATE COURT

The attached is a **STATEMENT OF CLAIM** filed against you in the Magistrate Court of Columbia County, Georgia.

PLEASE NOTE THE NOTICE OF SUMMONS: This summons advises you of the claim and your right to file a defense to the allegations made in this claim. You must file a written answer within thirty (30) days of the day that you were served with the **STATEMENT OF CLAIM.** There is a default period after the thirty (30) days expires. This gives you an additional **fifteen (15) days to file your answer,** and you must open the default period by **paying the court cost to open the default.** (Court cost is the filing fee paid by the PLAINTIFF at the time of filing this claim into the court.)

1. If you wish to present your written answer to the Magistrate Court of Columbia County, you may do so in person at the **Columbia County Justice Center, 640 Ronald Reagan Drive, Evans, Georgia** or you may mail your answer to the **Magistrate Court of Columbia County, P.O. Box 777, Evans, Ga. 30809.** If you are mailing your answer, make sure it is mailed in enough time to arrive to the Magistrate Court office before your thirty (30) days are up. If your answer is received after the thirty (30) days, make certain you have enclosed a cashier's check or money order made payable to the Magistrate Court for court cost. If you fail to enclose your court cost during the fifteen (15) day default period, your answer will be returned to you.
2. **IF YOU MAIL YOUR ANSWER TO THE COURT, IT SHOULD BE NOTARIZED, INCLUDE YOUR CASE NUMBER, A CURRENT MAILING ADDRESS AND A DAYTIME TELEPHONE NUMBER.**
3. If you file an answer to the claim, a hearing will be scheduled and you will receive a hearing notice approximately 2 weeks prior to your court date at the address you provided to the court.
4. **IF YOU HAVE ANY QUESTIONS, PLEASE CALL THE COURT AND PROVIDE THE CLERK WITH YOUR CASE NUMBER.**
5. **MAGISTRATE COURT PHONE NUMBER 706-868-3316.**

**IF YOU HAVE FILED BANKRUPTCY, IT WILL BE NECESSARY TO PRESENT NOTICE OF THAT BANKRUPTCY TO THIS COURT AT THE TIME THAT YOU FILE YOUR ANSWER.**

**MARSHAL'S ENTRY OF SERVICE**

Civil Action No. 2019-SCS-1378
Date Filed May 29, 2019

Attorney's Address

Columbia County Magistrate Court
640 Ronald Reagan Drive
PO Box 777
Evans, Georgia 30809

Michael Condo
2724 Summit Ridge Rd
Evans, GA 30809
                                    Plaintiff
vs
Convergent Outsourcing
                                    Defendant

Name and Address of Party to be Served.

Convergent Outsourcing
1040 Stevens Creek Rd
Augusta, GA 30907

                                    Garnishee

**MARSHAL'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about_____ years; weight, about_____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant CONVERGENT OUTSOURCING is not to be found in the jurisdiction of this Court.
ADDRESS IN RICHMOND CO CONFIRMED VIA RICHMOND CO SIS

☐ Must file a response with the Court within 7 days of date of service.

This 29 day of MAY, 2019
3:22 P

                                    DEPUTY MARSHAL

WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT

*Processor Columbia County*

F

JASON R. TROIANO

**MAGISTRATE COURT OF** Columbia **COUNTY, GEORGIA** ORIGINAL

Date Filed May 29, 2019

Case No: 2019-SCS-1378

Michael A. Condo
2724 Summit Ridge Rd
Evans, GA 30809
Plaintiff(s) Name, Address

**STATEMENT OF CLAIM**

RECEIVED JUL 17 2019

vs

Convergent Outsourcing
1040 Stevens Creek Road
Augusta, GA 30907
Defendant(s) Name, Address

2019 MAY 29 AM 10:30

FAXED JUL 17 2019

[ ] Suit on Note   [ ] Suit on Account   [✓] Other

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Columbia County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):

Defendant continues to call in order to contact previous owner of cell phone. Was informed number no longer belongs to said person. And was informed multiple times since 5/18 not to contact number further. However, I continue to be contact by human and Robot callers from said company despite being on do not call registry.

3. That said claim is in the amount of $ 4000 _____, principal $ _____ interest, plus 45.00 costs to date, and all future costs of this suit.

State of Georgia, _____ County: _____

_[signature]_

being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and Subscribed before me this

29 day of May, 2019

_[signature]_
Notary Public/Attesting Official

_[signature]_
Plaintiff(s) or Agent
(If Agent, Title or Capacity) _____

706-513-7859
Day Time Phone Number

**NOTICE AND SUMMONS**

TO: All Defendant(s): You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained at (https://georgiamagistratecouncil.com/forms) or from clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the _____, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This 29th day of May, 2019

_[signature]_
Magistrate or Deputy Clerk of Court

MAG 10-01 STATEMENT OF CLAIM