# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL CONDO, )<br><br>          Plaintiff, )<br><br>v. )<br><br>CONVERGENT OUTSOURCING, )<br>INC., )<br><br>          Defendant. ) | Case No.: 1:19-cv-00136-JRH-BKE |

## NOTICE OF SETTLEMENT

COME NOW Defendant Convergent Outsourcing Inc. by and through undersigned counsel, and hereby notify the Court that the parties have settled this matter. The settlement documents have been executed and payment made. Defendants requests Plaintiff to file a Dismissal with the Court within thirty days.

Respectfully submitted, this 1st day of December, 2020.

**FIELDS HOWELL LLP**
1180 W. Peachtree Street, Suite 1600
Atlanta, Georgia  30309
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com

*/s/ Paul L. Fields, Jr.*
Paul L. Fields, Jr., Esq.
Georgia Bar No.:  003420

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL CONDO, )<br><br>             Plaintiff, )<br><br>v. )<br><br>CONVERGENT OUTSOURCING, )<br>INC., )<br><br>             Defendant. )<br> ) | Case No.: 1:19-cv-00136-JRH-BKE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the foregoing **NOTICE OF SETTLEMENT** on all parties via United States mail with proper postage affixed thereto as follows:

> Michael A. Condo
> 2724 Summit Ridge Rd
> Evans, Georgia 30809

This 1st day of December, 2020.

**FIELDS HOWELL LLP**
1180 W. Peachtree Street, Suite 1600
Atlanta, Georgia  30309
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com

*/s/ Paul L. Fields, Jr.*
Paul L. Fields, Jr., Esq.
Georgia Bar No.:  003420

*Counsel for Defendant*

2