UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL CONDO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No.: 1:19-cv-00136-JRH-BKE<br>CONVERGENT OUTSOURCING, )<br>INC., )<br>)<br>Defendant. )<br>)<br>) | |

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Plaintiff Michael Condo ("Plaintiff") and Defendant Convergent Outsourcing, Inc. ("Convergent") (collectively, the "Parties"), hereby stipulate to dismiss this action with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own costs, attorneys' fees, and all other expenses incurred in connection with this action.

Respectfully submitted this 14th day of January, 2021.

2724 Summit Ridge Rd.
Evans, Georgia  30809
maclavor28@gmail.com

/s/ Michael C. Condo
(w/ express permission by PLF)
Michael Condo

*Plaintiff In Pro Se*

1

2

**FIELDS HOWELL LLP**
1180 W. Peachtree Street, Suite 1600
Atlanta, Georgia  30309
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com

*/s/ Paul L. Fields, Jr.*
Paul L. Fields, Jr., Esq.
Georgia Bar No.:  003420

*Counsel for Defendant*

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL CONDO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:19-cv-00136-JRH-BKE |
| CONVERGENT OUTSOURCING, INC., | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** on all parties via United States mail with proper postage affixed thereto as follows:

Michael A. Condo
2724 Summit Ridge Rd
Evans, Georgia 30809

Respectfully submitted this 25th day of January, 2021.

**FIELDS HOWELL LLP**
1180 W. Peachtree Street, Suite 1600
Atlanta, Georgia  30309
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com

*/s/ Paul L. Fields, Jr.*
Paul L. Fields, Jr., Esq.
Georgia Bar No.:  003420

*Counsel for Defendant*